

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00344-CV

VILLAS OF VOLTERRA, LLC,                                    APPELLANTS
LAIRD A. FAIRCHILD, W. JAMES
CONRAD, AND EDWARD CHU

V.

SOUTHWEST SECURITIES, FSB                              APPELLEE

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion to Dismiss With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

All parties shall bear their own costs of this appeal, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  March 27, 2014